UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12-cv-00019-RJC

| | |
|---|---|
| **RICHARD KEITH POE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **FNU CORAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion.

On July 18, 2012, the Court entered an Order notifying Plaintiff that documents relevant to his ability to proceed in this Section 1983 Complaint were mailed by the Clerk of Court to the address he provided when he initiated this action by filing his Complaint. (Doc. Nos. 3, 4). As the Court noted, these documents were returned as undeliverable. (Doc. No. 4). In the Order, the Court warned Petitioner of his ongoing obligation to keep the Court apprised of his current address and that a failure to do so would support a finding of failure to prosecute and would result in the dismissal of his Complaint. (Doc. No. 4).

The Court provided Plaintiff with fourteen (14) days from entry of the Order to provide current contact information to the Clerk of Court. This Order was mailed by the Clerk of Court to the only address ever provided by the Plaintiff and was promptly returned to the Clerk of Court as undeliverable with the notation that Petitioner was no longer at his given address. Over twenty days have passed since the Court entered its Order and Plaintiff has failed to comply.

For the reasons stated herein and in the Court's July 18, 2012 Order, (Doc. No. 4), Plaintiff's Complaint will be dismissed for failure to prosecute.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint will be **DISMISSED** for failure to prosecute. (Doc. No. 1).

Signed: August 13, 2012

Robert J. Conrad, Jr.
Chief United States District Judge