# United States District Court
# For The Western District of North Carolina
# Bryson City Division

RICHARD KEITH POE,

       Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                          2:12-cv-00019-RJC

FNU CORAN, et al.,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/14/2012 Order.

                                          Signed: August 14, 2012

*Frank G. Johns, Clerk*
*United States District Court*