# United States District Court
# For The Western District of North Carolina
# Bryson City Division

RICHARD KEITH POE,

        Plaintiff,

vs.

FNU CORAN, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

2:12-cv-00019-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/14/2012 Order.

Signed: August 14, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court